**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JULIAN DURAN, | Case No.  3:24-cv-00571-ART-CLB |
| Plaintiff, | |
| v. | **ORDER GRANTING** |
| ASHCRAFT, *et al.*, | **STIPULATION TO DISMISS** |
| Defendants. | **WITH PREJUDICE** |

Plaintiff, Julian Duran, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Heidi H. Demers, Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs. The original document signed by Plaintiff is incorporated as Exhibit A.

DATED this 3rd day of February 2026.    DATED this 16th day of March 2026.

AARON D. FORD
Attorney General

By: <u>See Exhibit A</u>
    JULIAN DURAN #1282741
    *Plaintiff, Pro Se*

By: <u>/s/ *Heidi H. Demers*</u>
    HEIDI H. DEMERS, Bar No. 17034C
    Deputy Attorney General
    *Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  <u>March 16, 2026</u>

Page **1** of **1**

# EXHIBIT A

## Executed Stipulation

# EXHIBIT A

AARON D. FORD
  Attorney General
JAMIE S. HENDRICKSON (Bar No. 12770)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4717
(775) 684-1234 (phone)
(775) 684-1108 (fax)
Email: jhendrickson@ag.nv.gov
*Attorneys for Interested Party*
*Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JULIAN DURAN, | Case No. 3:24-cv-00571-ART-CLB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| ASHCRAFT, *et al.*, | |
| Defendants. | |

Plaintiff, Julian Duran, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jamie S. Hendrickson, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 3rd day of February 2026.

By: _____
Julian Duran #1282741
*Plaintiff, Pro Se*

DATED this 3rd day of February 2026.
AARON D. FORD
Attorney General

By: */s/ Jamie S. Hendrickson*
Jamie S. Hendrickson (Bar No. 12770)
Senior Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  2  3  26

Page 1 of 1